```
                                FILED
                              May 24, 2010
                          CLERK, US DISTRICT COURT
                          EASTERN DISTRICT OF
                               CALIFORNIA
                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:10CR0192JAM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| RAYMOND REYES, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release RAYMOND REYES, Case No. 2:10CR0192JAM, Charge Title 18 USC §§ 846, 841(a)(1), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__   Release on Personal Recognizance

X    Bail Posted in the Sum of $ 50,000

X    Unsecured Appearance Bond

__   Appearance Bond with 10% Deposit

__   Appearance Bond with Surety

__   Corporate Surety Bail Bond

X    (Other)   Pretrial Services Supervision of conditions.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 24, 2010  at  2:30  pm.

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge