1  DANIEL J. BRODERICK Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  RAYMOND REYES

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,          )   No. 2:10-cr-192 JAM
                                       )
13                   Plaintiff,        )
                                       )   STIPULATION AND ORDER
14        v.                           )   CONTINUING CASE AND EXCLUDING
                                       )   TIME
15  RAYMOND REYES, and                 )
    BRANDON SAVALOJA,                  )
16                                     )   Date:      June 22, 2010
                                       )   Time:      9:30 a.m.
17                   Defendants.       )   Judge:     Hon. John A. Mendez
                                       )
18  _____

19         **IT IS HEREBY STIPULATED** by and among Assistant United States Attorney

20  Daniel McConkie, counsel for plaintiff United States of America, Dina Santos, Esq., counsel for

21  defendant BRANDON SAVALOJA, and Assistant Federal Defender Jeffrey L. Staniels, counsel

22  for defendant RAYMOND REYES, that the above matter be dropped from this court's calendar

23  for June 22, 2010, at the request of the defense  and be continued until July 27, 2010, for status

24  conference. This continuance is requested in order to permit review of discovery and consultation

25  with clients.  This is the first status conference before the District Court

26         **IT IS FURTHER STIPULATED** that the time from June 22, 2010, through July

27  27, 2010, be excluded from computation of time within which the trial of this matter must be

28  commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. §

1   3161(h)(8)(A) & (B)(iv) and  Local Code T-4

2           **IT IS SO STIPULATED.**

3

4   Date: June18, 2010                    Benjamin B. Wagner
                                          United States Attorney
5

6                                         /S/ Daniel McConkie
                                          By:   DANIEL MCCONKIE
7                                         Assistant United States Attorney
                                          Counsel for Plaintiff
8
    Date: June 18, 2010                   /S/ Dina Santos
9                                         Dina Santos
                                          Attorney for Defendant
10                                        BRANDON SAVALOJA

11  Date: June 18, 2010                   /S/ Jeffrey L. Staniels
                                          Jeffrey L. Staniels
12                                        Assistant Federal Defender
                                          Attorney for Defendant
13                                        RAYMOND REYES

14
                             **O R D E R**
15
            Based on the above stipulation of the parties, this matter is ordered to be dropped
16
    from the calendar for June 22, 2010, and is ordered to be re-calendared for July 27, 2010, at 9:30
17
    a.m.
18
            Time is excluded from computation of time within which the trial of this matter
19
    must be commenced from June 22, 2010 through July 27, 2010, pursuant to 18 U.S.C. §
20
    3161(h)(7)(A) & (B)(iv), Local Code T4.
21
            **IT IS SO ORDERED.**
22
                                          By the Court,
23

24
    Date: June 21,  2010                  /s/ John A. Mendez
25                                        Hon. John A. Mendez
                                          United States District Judge
26

27

28

    Stip & Order Continuing Case
    and Excluding Time                    2