DANIEL J. BRODERICK Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAYMOND REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> RAYMOND REYES <br> Defendant. | No. 2:10-cr-192 JAM <br><br> STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE <br><br> Date:   July 2, 2010 <br> Judge:  Hon. Gregory G. Hollows |

**IT IS HEREBY STIPULATED** by and BETWEEN Assistant United States Attorney Daniel McConkie, counsel for plaintiff United States of America, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant RAYMOND REYES, that the conditions governing Mr. Reyes' release be modified to add the following conditions:

- Effective immediately and as directed by the Pretrial Services Officer, you shall participate in the substance abuse treatment program at The Effort, Inc., inpatient facility, and comply with all the rules and regulations of the program.  You shall remain at The Effort, Inc., inpatient facility at 1550 Juliesse Avenue, Sacramento, California, until released by the pretrial services officer;

- You shall ABSTAIN from the use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall

1 notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal

2 marijuana, prescribed or not, may not be used

3 The court is advised that this stipulations implements the recommendation of

4 Supervising Pretrial Services Officer Steven Sheehan made after conferring with defense counsel

5 and with the consent of Mr. Reyes as orally communicated by him to undersigned defense counsel.

6 **IT IS SO STIPULATED.**

7

8 Date: July 1, 2010                                            Benjamin B. Wagner
                                                                United States Attorney
9

10                                                              /S/ Daniel McConkie
                                                                By:   DANIEL MCCONKIE
11                                                              Assistant United States Attorney
                                                                Counsel for Plaintiff
12

13
Date: July 1, 2010                                              /S/ Jeffrey L. Staniels
14                                                              Jeffrey L. Staniels
                                                                Assistant Federal Defender
15                                                              Attorney for Defendant
                                                                RAYMOND REYES
16

17
                                    **O R D E R**
18

19
**IT IS SO ORDERED.**
20
                                                                By the Court,
21

22
Date: July 2, 2010                            /s/ Gregory G. Hollows
23
                                              Hon. Gregory G. Hollows
24                                            United States Magistrate Judge

25 `reyes.ord`

26

27

28

Stip & Order Modifying
Conditions of Pretrial Release                2