DANIEL J. BRODERICK Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAYMOND REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAYMOND REYES, and<br>BRANDON SAVALOJA,<br><br>　　　　　Defendants. | No. 2:10-cr-192 JAM<br><br>STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME<br><br>Date:　　September 7, 2010<br>Time:　　9:30 a.m.<br>Judge:　　Hon. John A. Mendez |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Daniel McConkie, counsel for plaintiff United States of America, Dina Santos, Esq., counsel for defendant BRANDON SAVALOJA, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant RAYMOND REYES, that the above matter be dropped from this court's calendar for September 7, 2010, at the request of the defense and be continued until October 19, 2010, for status conference. This continuance is requested due to the unavailability of counsel for Mr. Reyes and in order to permit further discussion between counsel and consultation with clients.

**IT IS FURTHER STIPULATED** that the time from September 7, 2010, through October 19, 2010, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. §

3161(h)(8)(A) & (B)(iv) and  Local Code T-4

**IT IS SO STIPULATED.**

Date: September 3, 2010                         Benjamin B. Wagner
                                                United States Attorney

                                                /S/ Daniel McConkie
                                                By:   DANIEL MCCONKIE
                                                Assistant United States Attorney
                                                Counsel for Plaintiff

Date: September 3, 2010                         /S/ Dina Santos
                                                Dina Santos
                                                Attorney for Defendant
                                                BRANDON SAVALOJA

Date: September 3, 2010                         /S/ Jeffrey L. Staniels
                                                Jeffrey L. Staniels
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                RAYMOND REYES

# O R D E R

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for September 7, 2010, and is ordered to be re-calendared for October 19, 2010, at 9:30 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from September 7, 2010 through October 19, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T4.

**IT IS SO ORDERED.**

                                                By the Court,

Date: September 3, 2010                         /s/ John A. Mendez
                                                Hon. John A. Mendez
                                                United States District Judge