DINA L. SANTOS, Bar #204200
A Professional Law Corp.
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
BRANDON SAVALOJA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | No. 10-192 JAM |
|                              ) | |
|           Plaintiff,         ) | |
|                              ) | STIPULATION AND ORDER VACATING |
|      v.                      ) | DATE, RESETTING BRIEFING |
|                              ) | SCHEDULE, CONTINUING CASE, AND |
| BRANDON SAVALOJA,            ) | EXCLUDING TIME |
| RAYMOND REYES,               ) | |
|           Defendants.        ) | |
|                              ) | Date:  March 8, 2011 |
| _____ ) | Time:  9:30 a.m. |
|                                | Judge: Honorable Judge England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney DANIEL MCCONKIE, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant BRANDON SAVALOJA; Attorney JEFFREY STANIELS for RAYMOND REYES; that the status conference scheduled for February 18, 2011, be vacated and the matter be continued to this Court's criminal calendar on March 8, 2011, at 9:30 a.m, for further status.

This continuance is requested by the defense in order to permit further client consultation concerning finalization of the plea agreement and further negotiations with the prosecution regarding finalization of the plea agreement.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the March 8, 2011 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: Jan. 14, 2011         /S/ Dina L. Santos
                             DINA L. SANTOS
                             Attorney for Defendant
                             BRANDON SAVALOJA

Dated: Jan. 14, 2011         /S/ Jeffrey Staniels
                             JEFFREY STANIELS
                             Attorney for Defendant
                             RAYMOND REYES

Dated: Jan. 14, 2011         /S/ Daniel McConkie
                             DANIEL MCCONKIE
                             Assistant United States Attorney
                             Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: January 14, 2011      /s/ John A. Mendez
                             Hon. John A. Mendez
                             United States District Judge