DINA L. SANTOS, Bar #204200
A Professional Law Corp.
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
BRANDON SAVALOJA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>   v.<br>BRANDON SAVALOJA,<br>RAYMOND REYES,<br>                Defendants.<br>_____ | No. 10-192 JAM<br><br>STIPULATION AND ORDER VACATING<br>DATE, CONTINUING CASE, AND<br>EXCLUDING TIME<br><br>Date:  April 19, 2011<br>Time:  9:30 a.m.<br>Judge: Honorable Judge Mendez |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney DANIEL MCCONKIE, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant BRANDON SAVALOJA; Attorney JEFFREY STANIELS for RAYMOND REYES; that the status conference scheduled for March 8, 2011, be vacated and the matter be continued to this Court's criminal calendar on April 19, 2011, at 9:30 a.m, for further status.

     This continuance is requested by the defense in order to permit further client consultation concerning finalization of the plea agreement and further negotiations with the prosecution. The Defense has provided the government with its investigation materials and is awaiting review of those materials which may lead to a final a plea

agreement. Furthermore, Mr. Savaloja has just re-entered the drug rehabilitation program located at The Effort, and is in the black out phase of the program.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the April 19, 2011 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: March 7, 2011          /S/ Dina L. Santos
                              DINA L. SANTOS
                              Attorney for Defendant
                              BRANDON SAVALOJA

Dated: March 7, 2011          /S/ Jeffrey Staniels
                              JEFFREY STANIELS
                              Attorney for Defendant
                              RAYMOND REYES

Dated: March 7, 2011          /S/ Daniel McConkie
                              DANIEL MCCONKIE
                              Assistant United States Attorney
                              Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: March 7, 2011          /s/ John A. Mendez
                              Hon. John A. Mendez
                              United States District Judge

Stipulation and Order                 2